**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**RECEIVED**

APR 1 1 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Stephen Robert Stark
(AKA Embree; Nicholl)
6779204

_____

_____

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.

**COMPLAINT**

Sgt. James George
Dir. Beth Skinner
Clarinda Warden - Unknown
Asst. Warden Sean Howard
Unknown Staff

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH plaintiff by name, using a separate sheet of paper.

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in State or Federal Court dealing with the <u>same facts</u> involved in this action or otherwise relating to your imprisonment?
        Yes ( )   No ( **X** )

   B.   If your answer to A is Yes, please answer questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiffs _____

   Defendants _____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____

3. Docket Number _____

4. Name of Judge to whom the case was assigned _____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement __Newton Correctional Facility__

A. Is there a prisoner grievance procedure in this institution?
   Yes ( X ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No ( X )

C. If your answer is **Yes**,
   1. What steps did you take?

   2. What was the result?

D. If your answer is **No**, explain why not
   The incident did not take place at Newton Correctional Facility.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( X )

F. If your answer is **Yes**,
   1. What steps did you take?

   2. What was the result?

2

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

A. Name of Plaintiff Stephen Robert Stark (AKA Embree; Nichell) - 6779204
   Address Newton Correctional Facility PO Box 218; Newton, IA 50208

B. Additional plaintiffs _____

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

C. Defendant James George
   is employed as Sergant
   at Clarinda Correctional Facility

D. Additional defendants Director Beth Skinner; Warden of Clarinda; Assistant Warden Sean Howard; Unknown Staff

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

3

V. **Statement of Claim**

(state here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

I request a lawyer given I am unable to represent myself due to Post Tramatic Concussion Syndrome sustained during the violation of my 8th Amendment rights and I do not have funds to hire a lawyer. This is in reference to the attempted murder by an inebriated inmate at Clarinda Correctional Facility when a unit was negligently unstaffed creating to unreasonable risk.

VI. (State briefly exactly what you want the Court to do for you. Make no legal arguments. Do not cite cases or statutes.)

I request 10 million in nominal, compensatory and punitive damages. I also request an injunction for the Iowa prison system to be properly staffed.

VII. Statement Regarding Assistance in Preparing this Complaint
  A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? Yes ( ) No (X)
  B. If your answer is Yes name the person who assisted you.
  C. Signature of person who helped prepare complaint.

  (Signature) _____ (Date) _____

VIII. **Signature(s) of Plaintiff(s)**

  Signed the 4th day of April, 2022
  (Signature of Plaintiff) _____
  Signatures of additional plaintiffs, if any:

4

Stephen Stark 6779204
Newton Correctional Facility
P O Box 218
Newton, IA 50208

X-RAYED & CLEARED BY U.S.M.S.

United States District Court
123 East Walnut Street
Des Moines, IA 50309

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections.

50309-208499